## 11143.  CITIZENS TRUST CO. *v.* BUTLER.

STEPHENS, J. This court having held that the trial court did not err in granting a nonsuit in this case (25 *Ga. App.* 623, 103 S. E. 852), and the Supreme Court on certiorari having reversed this judgment 152 *Ga.*　　　 (108 S. E. 468), the judgment of affirmance originally rendered by this court must be vacated and the judgment of the trial court reversed.

*Judgment reversed. Jenkins, P. J., and Hill, J., concur*

DECIDED NOVEMBER 1, 1921.

Trover; from city court of Savannah — Judge Freeman.  October 30, 1919.

The Supreme Court, in its decision reversing the judgment of the Court of Appeals in this case, held that " in this State a secretary of a banking corporation who is not a stockholder therein, or otherwise beneficially or pecuniarily interested in the transaction, is not disqualified from attesting, as an official witness, a deed of conveyance in which the corporation is the grantee."

*Anderson, Cann, Cann & Walsh,* for plaintiff.

*George H. Richter,* for defendant.